**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Alejandro SALVADOR–FIGUEROA,**
**Defendant–Appellant.**

**No. 08–20330.**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 4, 2008.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before GARWOOD, GARZA, and OWEN, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Alejandro Salvador–Figueroa presents arguments that he concedes are foreclosed by *United States v. Daugherty*, 264 F.3d 513, 518 (5th Cir.2001), which rejected a Commerce Clause challenge to the felon-in-possession-of-a-firearm statute, 18 U.S.C. § 922(g). Salvador–Figueroa's request for a remand for correction of the judgment is moot as the judgment has been amended. Appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.